**FILED**

JAN 14 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | mag. No 08-015-M-01 |
| ) | |
| v. ) | |
| ) | |
| MARCUS T. BELK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FACTUAL BASIS FOR PLEA

At all times material hereto:

1. The Federal Election Commission (the Commission) was an independent agency of the United States Government charged with the administration and civil enforcement of the Federal Election Campaign Act (the Act), and, in particular, its public disclosure features described below.

2. The Act required any entity that had either received contributions in excess of $1,000 or made expenditures in excess of $1,000 in a calendar year for the purpose of influencing a federal election to register with the Commission and file periodic report of its receipts and disbursements. In particular, the Act required that each political committee file a Statement of Organization within 10 days of becoming a political committee; that all contributions be deposited in the committee's designated campaign depository and not commingled with the personal funds of any individual; and that the treasurer file quarterly reports listing among other things total contributions and the identity of donors contributing more than $200 in a calendar year. 2 U.S.C. § 433, § 434.

3. On or about June 10, 2003, defendant MARCUS T. BELK filed with the Commission a Statement of Organization for the "National Democratic Congressional Committee," the "National

Democratic Senatorial Committee," the "National Democratic Political Committee," and the "Democratic Majority 2004," and identified himself as the treasurer of each committee.

4.  On or about August 2003 defendant MARCUS T. BELK filed with the Commission a Statement of Candidacy for the United States Senate from South Carolina, and from September 2003 to May 2004 the defendant filed false reports with the Commission indicating that he had received contributions aggregating over $280,000, although he had received contributions totaling less than $5,000 during his entire campaign.

5.  On or about September 15, 2003, defendant MARCUS T. BELK filed termination reports with the Commission for the four committees referenced in paragraph 3.

6.  On or about October 1, 2003, the Commission sent the defendant MARCUS T. BELK a letter in connection with the defendant's termination reports for the four committees referenced in paragraph 3 advising the defendant that if the committee again became active in federal elections it would be required to re-register with the Commission and file periodic reports of its receipts and disbursements.

7.  On or about February 6, 2004, the Ford Motor Company Civic Action Fund mailed a letter to the defendant MARCUS T. BELK enclosing a contribution of $15,000 to the National Democratic Congressional Committee (NDCC) that was sent to the defendant in his capacity as treasurer of the NDCC at the address listed on the Statement of Organization that had been filed by the defendant.

8.  On or about March 9, 2004, defendant MARCUS T. BELK opened two accounts with the Bank of America, 901 Savanna Highway, Charleston, South Carolina: (a) a business account titled "Marcus T. Belk DBA NDCC" (NDCC Account), in which the defendant deposited the

$15,000 check referred to in paragraph 7; and (b) a personal checking account titled "Marcus T. Belk" (Personal Account), in which the defendant deposited the sum of $100.

9.   From on or about April 4, 2004, to April 26, 2004, defendant MARCUS T. BELK transferred $14,652 from the NDCC Account to the Personal Account, and used most of the transferred funds for personal purposes, such as rent, furniture, and car expenses.

10.   On or about March 15, 2004, the defendant MARCUS T. BELK knowingly and willfully failed to file a report of receipts and disbursements with the Federal Election Commission that reflected defendant's receipt of a $15,000 contribution on or about February 6, 2004, to the National Democratic Congressional Committee (NDCC) from the Ford Motor Company Civic Action Fund that was sent to the defendant as treasurer of the NDCC.

Dated: *January 4, 2008*

WILLIAM M. WELCH II
Chief
Public Integrity Section

NANCY L. SIMMONS
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005

## DEFENDANT'S ACCEPTANCE

I hereby declare that the foregoing Factual Basis for Plea is true and correct.

Date: 12-17-2007

_____
MARCUS T. BELK
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

Date: 12/17/07

_____
BRIAN NEARY, Esquire
Attorney for the Defendant