**FILED**

FEB 13 2008

Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Mag. No. 08-015M |
| ) | |
| MARCUS BELK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that on **February 13, 2008 at 11:30 a.m.**, or as soon as counsel may be heard, defendant Marcus Belk (William B. Moffitt, Esq., appearing) will move before this Court for an order admitting Brian J. Neary, Esq., *pro hac vice* in this action.

In support of this motion, defendant relies on the accompanying Certification of Brian J. Neary. Defendant respectfully submits that no brief is necessary in connection with this motion, in as much as the bases of this application are set forth in the accompanying Certification.

Dated: February 11, 2008

MOFFITT & BROADNAX, Ltd.

By: _____
William B. Moffitt
108 North Alfred Street, Suite 100
Alexandria, VA, 22314

by
Pleasants Broadnax III

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.            )<br>)<br>MARCUS BELK,       )<br>)<br>Defendant.    )<br>) | Mag. No.: 08-015M<br><br>**CERTIFICATION OF**<br><u>**BRIAN J. NEARY**</u> |

I certify under penalty of perjury:

(1)   My name is Brian J. Neary.

(2)   I maintain two law offices in New Jersey and one in New York. Their addresses are as follows:

   a.   21 Main Street, Court Plaza South, East Wing, Hackensack, New Jersey, 07601. (201) 488-0544.

   b.   1 Newark Street, Hoboken Land Building, Hoboken, New Jersey 07030. (201) 420-8101.

   c.   15 Maiden Lane, Suite 1008, New York, New York. (212) 233-4995.

(3)   I am admitted to practice in the following jurisdictions: 1) New Jersey, Massachusetts, New York, District of New Jersey, Southern District of New York, Eastern District of New York, Third Circuit Court of Appeals, Second Circuit Court of Appeals, U.S. Supreme Court.

(4)   I have not been disciplined by any bar and am a member of good standing in the highest courts of the states of New Jersey, New York and Massachusetts.

(5)   I have not applied for admission pro hac vice in the District of Columbia within the last two years.

(6)   I am familiar with the Local Rules of this Court, the Federal Rules of Civil and Criminal Procedure and the Rules of Professional Conduct.

Date: February 11, 2008                By: _____

Court Plaza South – East Wing
21 Main Street, Suite 305A
Hackensack, New Jersey 07601
201/488-0544