IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS BELK,<br><br>Defendant. | Mag. No. 08-015M<br><br>**FILED**<br><br>FEB 1 3 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter having been opened to the Court by defendant Marcus Belk, (William B. Moffitt, Esq., appearing) seeking an Order admitting Brian J. Neary, Esq., attorney at law of the State of New Jersey, *pro hac vice*, and the United States of America (Assistant United States Attorney, Nancy Simmons, appearing) having no objection to the entry of the within Order;

IT IS on this ___13___ day of ___February___, 2008,

ORDERED as follows:

1. Brian J. Neary, Esq. be and is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of defendant Marcus Belk.

2. Brian J. Neary, Esq. is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

3. William B. Moffitt, Esq. of the firm of Moffitt & Brodnax, Ltd., a member of the bar of this Court, has entered an appearance in this case and shall be counsel of record in accordance with the local rules of the district.

_____
Hon. Alan Kay
United States Magistrate Judge

cc:   Nancy Simmons, AUSA, Department of Justice
      Elena Paoli Esq., Federal Election Committee