AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_for the_ DISTRICT OF _Columbia_

FILED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| MARCUS T. BELK | |
| | CASE NUMBER: 08-015M-01 |

I, _MARCUS T. BELK_, the above named defendant, who is accused of

_A FAILURE_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/13/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_Marcus T. Belk_
Defendant

_[signature]_
Counsel for Defendant
BRIAN J. NEARY

Before _[signature]_
Judicial Officer