PROB 22 DC
(Rev 2 88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran Court) |
|---|
| 08-MJ-015-01 |

| DOCKET NUMBER (Rec Court) |
|---|
| 08-507 GEB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marcus T Belk | District of Columbia | US Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Alan Kay | |
| | DATES OF PROBATION SUPERVISED RELEASE | FROM | TO |

FILED
AUG - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**OFFENSE**
Failing to File a Report of Receipts and Disbursements With the Federal Election Commission. 2 USC § 434 and 437g (d)(1)(A)(ii)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 20, 2008
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order

July 21, 2008
Effective Date

_____
United States District Judge