Rev 1/07

**FILED**
AUG 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Return Copy

DATE: 08/07/08

TO: USDC District of New Jersey
50 Walnut Street
P.O. Box 419
Newark, NJ 07101

RE: USA v. BELK
08-MJ-015

**RECEIVED**
AUG 14 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

CR. 08-507 (GEB)

Dear Clerk:

Pursuant to 18 U.S.C. 3605, please find enclosed a certified copy of the Transfer of Jurisdiction of Probation/Supervised Release Form 22 for the above captioned case.

Enclosed are certified copies of the Information/Indictment, Judgment and Probation Order, and docket sheet.

Kindly indicate receipt of these documents on the enclosed copy of this letter and return it to our office.

Very truly yours,

NANCY MAYER-WHITTINGTON, Clerk

By: _____Anjanie Sewsankar_____
Deputy Clerk

cc: U. S. Attorney's Office
    U. S. Probation Office

enclosure(s)